IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL No. l:15-md-02627 (AJT/TRJ) |
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED LAMINATE FLOORING DURABILITY MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. l:15-md-02743 (AJT/TRJ) |
| This Document Relates to ALL Cases | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, APPROVAL OF FORM OF NOTICE, AND SCHEDULING OF FINAL <u>APPROVAL HEARING</u>**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs in the above mentioned actions (the "Formaldehyde" and "Durability" actions) file this motion seeking preliminary approval of a settlement resolving all of the economic injuries alleged in those actions. The proposed Order is attached hereto at Exhibit 1. The parties have agreed to settle the actions pursuant to terms and conditions set forth in a Settlement Agreement, which is attached as Exhibit A to the supporting Declaration of Steven J. Toll (Exhibit 2) on behalf of the Formaldehyde Plaintiffs. Plaintiffs also file herewith the Declaration of Alexander Robertson IV on behalf of the Durability Plaintiffs (Exhibit 3), and Steven Weisbrot of Angeion Group containing the notice plan documents (Exhibit 4). For the reasons set forth in the accompanying memorandum and the declarations, Plaintiffs respectfully request that the Court:

- Preliminarily approve the Settlement Agreement reached by the parties;

- Conditionally certify two Settlement Classes— the CARB2/Durability Class for purchases of Chinese-manufactured laminate flooring from January 1, 2011 through May 31, 2015, and the CARB1 Class for purchases of Chinese-manufactured laminate flooring from January 1, 2009 through December 31, 2010;

- Designate Plaintiffs' Co-Lead Counsel for the Formaldehyde Plaintiffs and Plaintiffs' Co-Lead Counsel for the Durability Plaintiffs as Settlement Class Counsel for the CARB2/Durability Class, and Designate Co-Lead Counsel for the Formaldehyde Plaintiffs as Settlement Class Counsel for the CARB1 Class;

- Appoint the Formaldehyde Plaintiffs and the Durability Plaintiffs as Class Representatives for the CARB2/Durability Settlement Class and the Formaldehyde Plaintiffs as Class Representatives for the CARB1 Settlement Class;

- Approve the form and content of the settlement notices, and the plan to disseminate notice set out in the Agreement and by the Settlement Administrator;

- Approve the procedures for Settlement Class Members to exclude themselves from the Settlement Classes or to object to the Settlement; and

- Schedule dates for the final approval process, including the Final Approval and Fairness Hearing, Final Approval briefing, and Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards.

DATED: March 15, 2018                     Respectfully submitted,

| */s/ Steven J. Toll* <br> Steven J. Toll (VSB No. 15300) <br> E-mail: stoll@cohenmilstein.com <br> Douglas J. McNamara (*Pro Hac Vice*) <br> E-mail: dmcnamara@cohenmilstein.com <br> Sally M. Handmaker (*Pro Hac Vice*) <br> Cohen Milstein Sellers & Toll, PLLC <br> 1100 New York Ave NW, Suite 500 <br> Washington, DC 20005 | */s/ David Hilton Wise* <br> David Hilton Wise, VA Bar#30828 <br> WISE & DONAHUE, PLC <br> 10476 Armstrong Street <br> Fairfax, VA 22030 <br> Tel: 703-934-6377 <br> Fax: 703-934-6379 <br> dwise@wisedonahue.com <br> (*Liaison Counsel for Durability MDL*) |

| | |
|---|---|
| 202.408.4600 (Telephone)<br>202.408.4699 (Facsimile) | |
| <u>/s/ Steve W. Berman</u><br>Steve W. Berman (*Pro Hac Vice*)<br>E-mail: steve@hbsslaw.com<br>Robert F. Lopez (Pro Hac Vice)<br>E-mail: robl@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>206.623.7292 (Telephone)<br>206.623.0594 (Facsimile) | <u>/s/ Alexander Robertson, IV</u><br>Alexander Robertson, IV (*Pro Hac Vice*)<br>Email: arobertson@arobertsonlaw.com<br>Mark Uyeno (*Pro Hac Vice*)<br>Email: muyeno@arobertsonlaw.com<br>Robertson & Associates, LLP<br>32121 Lindero Canyon Rd, Suite 200<br>Westlake Village, CA 91361<br>818.851.3850 (Telephone)<br>818.851.3851 (Facsimile) |
| <u>/s/ Niall McCarthy</u><br>Niall McCarthy (*Pro Hac Vice*)<br>Email: nmccarthy@cpmlegal.com<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>650.697.6000 (Telephone)<br>650.697.0577 (Facsimile) | <u>/s/ Daniel K. Bryson</u><br>Daniel K. Bryson (*Pro Hac Vice*)<br>E-mail: dan@wbmllp.com<br>Patrick M. Wallace (*Pro Hac Vice*)<br>E-mail: pat@wbmllp.com<br>Whitfield Bryson & Mason LLP<br>Raleigh, NC 27603<br>919.600.5000 (Telephone)<br>919.600.5035 (Facsimile) |
| <u>/s/ Alexander E. Barnett</u><br>Alexander E. Barnett (*Pro Hac Vice*)<br>E-Mail: abarnett@cpmlegal.com<br>Cotchett, Pitre & McCarthy, LLP<br>40 Worth Street, 10th Floor<br>New York, NY 10013<br>212.201-6820 (Telephone)<br>917.398.7753 (Facsimile)<br><br>*Co-Lead Counsel for the Formaldehyde Plaintiffs* | <u>/s/ Robert R. Ahdoot</u><br>Robert R. Ahdoot (*Pro Hac Vice*)<br>E-mail: rahdoot@ahdootwolfson.com<br>Theodore Maya (*Pro Hac Vice*)<br>E-mail: tmaya@ahdootwolfson.com<br>Bradley King (*Pro Hac Vice*)<br>E-mail: bking@ahdootwolfson.com<br>Ahdoot & Wolfson, P.C.<br>10728 Lindbrook Drive<br>Los Angeles, CA 90069<br>310.474.9111 (Telephone)<br>310.474.8585 (Facsimile)<br><br>*Co-Lead Counsel for the Durability Plaintiffs* |